# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEAN M. CATALDO, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| US BANK NATIONAL ASSOCIATION | )   C.A. NO. 1:14-cv-00155-M-LDA |
| AS TRUSTEE FOR STRUCTURED ASSET | ) |
| SECURITIES CORPORATION, MORTGAGE | ) |
| PASS-THROUGH CERTIFICATES, | ) |
| SERIES 2007-BC3 | ) |
| | ) |
| *Defendant.* | ) |

**PLAINTIFF'S VOLUNTARY MOTION TO DISMISS COMPLAINT**

Now comes the Plaintiff and files this Voluntary Motion to Dismiss Complaint without prejudice, in accordance with the FRCP 41(a).

Wherefore, the Plaintiff respectfully request this honorable court grant her Voluntary Motion to Dismiss Complaint without prejudice.

Dated: April 11, 2016

>Respectfully Submitted,
>Plaintiff Jean M. Cataldo,
>By her Attorney,
>
>/s/ Todd S. Dion
>Todd S. Dion Esq. (6852)
>1599 Smith Street
>North Providence,  RI 02911
>401-965-4131 Phone
>401-639-4331 Fax
>toddsdion@msn.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

*/s/ Todd S. Dion*